# EXHIBIT A

## Loss Calculation By Victim
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 8434 Walerga Rd Antelope, CA | xx8 | 10/31/2008 | N. K. | Bank of America | xxxxx7460 / xxxxxx5524 | Fannie Mae | $103,796 |
| 2 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx4 | 1/13/2009 | M. A. | Bank of America | xxxxx4463 / xxxxxx1344 | Fannie Mae | $140,160 |
| 3 | 8434 Walerga Rd Antelope, CA | xx7 | 1/23/2009 | A. K. | Bank of America | xxxxx9844 / xxxxxx7743 | Fannie Mae | $128,188 |
| 4 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx0 | 4/22/2009 | J. S. | Bank of America | xxxxx1168 / xxxxxx1627 | Fannie Mae | $135,506 |
| 5 | 8434 Walerga Rd Antelope, CA | xx2 | 5/5/2009 | G. A. | Bank of America | xxxxx3377 / xxxxxx3139 | Fannie Mae | $117,345 |
| 6 | 8434 Walerga Rd Antelope, CA | xx3 | 5/13/2009 | S. F. | Bank of America | xxxxx8236 | Fannie Mae | $104,331 |
| 7 | 5855 N Kolb Rd., Tucson, AZ | xxxx4 | 6/11/2009 | R. E. | Bank of America | xxxxx4929 / xxxxxx0598 | Fannie Mae | $67,021 |
| 8 | 5855 N Kolb Rd., Tucson, AZ | xxxxW | 6/12/2009 | W. E. | Bank of America | xxxxx3202 | Fannie Mae | $78,338 |
| 9 | 5855 N Kolb Rd., Tucson, AZ | xxx1 | 6/25/2009 | M. E. | Bank of America | xxxxx6351 / xxxxxx2589 | Fannie Mae | $67,803 |
| 10 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx6 | 7/16/2009 | J. S. | Bank of America | xxxxx4078 / xxxxxx7362 | Fannie Mae | $163,495 |
| 11 | 5855 N Kolb Rd., Tucson, AZ | xxx3 | 7/20/2009 | M. H. | Bank of America | xxxxx5033 / xxxxxx8809 | Fannie Mae | $58,859 |
| 12 | 5855 N Kolb Rd., Tucson, AZ | xxx0 | 7/27/2009 | A. E. | Bank of America | xxxxx4158 / xxxxxx1238 | Fannie Mae | $68,832 |
| 13 | 5855 N Kolb Rd., Tucson, AZ | xxx6 | 8/4/2009 | R. E. | Bank of America | xxxxx8042 | Fannie Mae | $71,836 |
| 14 | 7280 Westpointe Blvd, Orlando, FL | xx4 | 8/18/2008 | N. A. | Citi Mortgage | xxxxxx3663 | Fannie Mae | $234,034 |
| 15 | 7280 Westpointe Blvd, Orlando, FL | xx3 | 7/11/2008 | N. A. | GMAC dba Ditech | xxxxxxxx4801 | Fannie Mae | $173,919 |
| 16 | 7380/7300 Westpointe Blvd, Orlando, FL | xx6 | 7/22/2008 | E. H | GMAC dba Ditech | xxxxxxxx2270 | Fannie Mae | $165,776 |
| 17 | 5855 N Kolb Rd., Tucson, AZ | xxxx0 | 4/28/2009 | W. A. | HSBC Mortgage | xxx0203 | Fannie Mae | $71,094 |
| 18 | 4982 Town Terrace N., Kissimmee, FL | | 1/2/2008 | M. Q. | Indymac Bank | xxxxx6829 | Fannie Mae | $176,152 |
| 19 | 4984 Town Terrace N., Kissimmee, FL | | 4/28/2008 | N. A. | Wachovia Mortgage | xxxxxxxx6482 | Fannie Mae | $173,125 |
| | | | | | | | **Subtotal Amount** | **$2,299,610** |

## Loss Calculation By Victim
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 5855 N Kolb Rd., Tucson, AZ | xxx5 | 5/22/2009 | M. C. | Bank of America | xxxxx7171 / xxxxxx4755 | Bank of America NA | $69,631 |
| 2 | 5855 N Kolb Rd., Tucson, AZ | xxx4 | 6/15/2009 | W. E. | Bank of America | xxxxx6737 / xxxxxx5637 | Bank of America NA | $83,902 |
| 3 | 5855 N Kolb Rd., Tucson, AZ | xxxx2 | 7/7/2009 | F. M. | Bank of America | xxxxx6045 | Bank of America NA | $67,026 |
| 4 | 5855 N Kolb Rd., Tucson, AZ | xxx5 | 7/27/2009 | H. K. | Bank of America | xxxxx4272 / xxxxxx6600 | Bank of America NA | $66,466 |
| 5 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx6 | 11/7/2008 | N. A | Countrywide | xxxxx5134 | Bank of America NA | $121,504 |
| | | | | | | | **Subtotal Amount** | **$408,529** |
| 1 | 8434 Walerga Rd Antelope, CA | xx8 | 9/12/2008 | M. A. | Greenlight Financial | xxxxx1454 | CitiMortgage Inc | $103,129 |
| 2 | 4986 Town Terrace N., Kissimmee, FL | | 1/2/2008 | M. Q. | CitiMortgage | xxxxxxxx5059 | CitiMortgage Inc | $164,602 |
| 3 | 4987 Town Terrace S., Kissimmee, FL | | 1/10/2008 | D. H. | CitiMortgage | xxxxxx3551 | CitiMortgage Inc | $26,460 |
| 4 | 7360 Westpointe Blvd, Orlando, FL | xx3 | 7/30/2008 | R. H. | CitiMortgage | xxxxxx6377 | CitiMortgage Inc | $222,267 |
| 5 | 7270 Westpointe Blvd, Orlando, FL | xx7 | 8/26/2008 | S. K. | Citimortgage | xxxxx2041 | CitiMortgage Inc | $220,397 |
| 6 | 7300 Westpointe Blvd, Orlando, FL | xx3 | 9/30/2008 | P. P. | Citimortgage | xxxxx2312 | CitiMortgage Inc | $181,548 |
| | | | | | | | **Subtotal Amount** | **$918,403** |

## Loss Calculation By Victim
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx6 | 12/26/2008 | M. A. | Bank of America | xxxxx9430 | Freddie Mac | $142,162 |
| 2 | 5855 N Kolb Rd., Tucson, AZ | xxxx1 | 7/21/2009 | M. H. | Bank of America | xxxxx1816 | Freddie Mac | $58,318 |
| 3 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx6 | 11/5/2008 | I. O. | Countrywide | xxxxx6882 | Freddie Mac | $106,007 |
| 4 | 4994 Town Terrace N., Kissimmee, FL | | 12/28/2007 | M. Q. | Sterns Lending Inc | xxxx8404 | Freddie Mac | $229,376 |
| 5 | 5855 N Kolb Rd., Tucson, AZ | xxx2 | 8/13/2009 | Y. L. | Bank of America | xxxxx9824 / xxxxxx3144 | Freddie Mac | $65,311 |
| 6 | 7280 Westpointe Blvd, Orlando, FL | xx7 | 6/27/2008 | N. A. | Washington Mutual | xxxxxx4665 | Freddie Mac | $247,075 |
| 7 | 7300 Westpointe Blvd, Orlando, FL | xx6 | 7/2/2008 | E. K | Washington Mutual | xxxxxx2278 | Freddie Mac | $229,599 |
| 8 | 16013 S Desert Foothills PKWY, Phoenix, AZ | xxx5 | 11/3/2008 | N. A. | Wells Fargo Bank | xxxxxxxx7806 | Freddie Mac | $58,322 |
| | | | | | | | **Subtotal Amount** | **$1,136,170** |
| 1 | 7310 Westpointe Blvd, Orlando, FL | xx1 | 8/8/2008 | S. K. | GMAC dba Ditech | xxxxxxxx9297 | Ditech/GMAC | $240,155 |
| 2 | 8434 Walerga Rd Antelope, CA | xx2 | 8/13/2008 | M. A. | GMAC dba Ditech | xxxxxxxx2901 | Ditech/GMAC | $106,149 |
| 3 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx0 | 12/23/2008 | J. H. | GMAC dba Ditech | xxxxxxxx4182 | Ditech/GMAC | $130,730 |
| | | | | | | | **Subtotal Amount** | **$477,034** |
| 1 | 7200 Westpointe Blvd, Orlando, FL | xxx4 | 9/4/2008 | S. A. | Fifth Third Mortgage | xxxxx6191 | Fifth Third Mortgage | $161,482 |
| | | | | | | | **Subtotal Amount** | **$161,482** |

## Loss Calculation By Victim
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 8434 Walerga Rd Antelope, CA | xx4 | 9/3/2008 | N. K. | HSBC Mortgage | xxx6169 / xxxxx1699 | HSBC Bank USA NA | $118,675 |
| 2 | 8434 Walerga Rd Antelope, CA | xx2 | 12/15/2008 | E. H. | HSBC Mortgage | xxx5464 | HSBC Bank USA NA | $99,358 |
| 3 | 8434 Walerga Rd Antelope, CA | xxx3 | 3/17/2009 | B. K. | HSBC Mortgage | xxx3981 / xxxxxx6278 | HSBC Bank USA NA | $60,836 |
| 4 | 5855 N Kolb Rd., Tucson, AZ | xxx2 | 4/29/2009 | M. C. | HSBC Mortgage | xxx9474 | HSBC Bank USA NA | $63,829 |
| 5 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx3 | 1/23/2009 | J. H. | HSBC Mortgage | xxx4842 | HSBC Bank USA NA | $167,730 |
| 6 | 8434 Walerga Rd Antelope, CA | xx1 | 1/30/2009 | A. A. | HSBC Mortgage | xxx0415 | HSBC Bank USA NA | $126,614 |
| 7 | 8434 Walerga Rd Antelope, CA | xx4 | 3/6/2009 | D. H. | HSBC Mortgage | xxx1292 / xxxxx2920 | HSBC Bank USA NA | $145,121 |
| 8 | 8434 Walerga Rd Antelope, CA | xx3 | 3/23/2009 | G. A. | HSBC Mortgage | xxx6068 | HSBC Bank USA NA | $118,507 |
| 9 | 8434 Walerga Rd Antelope, CA | xx6 | 4/22/2009 | F. K. | HSBC Mortgage | xxx5590 | HSBC Bank USA NA | $132,967 |
| 10 | 5855 N Kolb Rd., Tucson, AZ | xxx4 | 7/9/2009 | A. W. | HSBC Mortgage | xxx3303 | HSBC Bank USA NA | $60,396 |
| 11 | 5855 N Kolb Rd., Tucson, AZ | xxx3 | 8/3/2009 | M. E. | HSBC Mortgage | xxx4801 | HSBC Bank USA NA | $63,494 |
| 12 | 5855 N Kolb Rd., Tucson, AZ | xxxx4 | 8/6/2009 | R. E. | HSBC Mortgage | xxx4035 | HSBC Bank USA NA | $86,946 |
| | | | | | | | **Subtotal Amount** | **$1,244,473** |
| 1 | 8434 Walerga Rd Antelope, CA | xx4 | 2/10/2009 | A. K. | JPMorgan Chase | xxxxxx7736 | JPMorgan Chase Bank NA | $285,442 |
| 2 | 8434 Walerga Rd Antelope, CA | xx3 | 12/28/2008 | E. H. | JPMorgan Chase | xxxxxx1239 | JPMorgan Chase Bank NA | $118,772 |
| 3 | 8434 Walerga Rd Antelope, CA | xx3 | 4/9/2009 | S. F. | JPMorgan Chase | xxxxxx9017 | JPMorgan Chase Bank NA | $98,181 |
| | | | | | | | **Subtotal Amount** | **$502,395** |
| 1 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx9 | 5/21/2009 | J. S. | Shelter Mortgage | xxxx3346 | Guaranty Bank | $130,113 |
| 2 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx0 | 6/10/2009 | A. A. | Shelter Mortgage | xxxx6612 | Guaranty Bank | $119,458 |
| | | | | | | | **Subtotal Amount** | **$249,571** |

## Loss Calculation By Victim
### United States of America v. Aref Abaji 8:13-CR-001-AG-1
### United States of America v. Maher Obagi 8:13-CR-001-AG-2
### United States of America v. Ali Khatib 8:12-CR-141-AG

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 4996 Town Terrace N., Kissimmee, FL | | 4/28/2008 | E. K. | Wachovia Mortgage | xxxxxxxx2202 | Wells Fargo Bank NA | $237,603 |
| 2 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx4 | 11/26/2008 | I. O. | Wachovia Mortgage | xxxxxxxx5129 | Wells Fargo Bank NA | $174,572 |
| 3 | 8434 Walerga Rd Antelope, CA | xxx1 | 12/23/2008 | E. H. | Wachovia Mortgage | xxxxx9566 | Wells Fargo Bank NA | $118,954 |
| 4 | 8434 Walerga Rd Antelope, CA | xx1 | 8/29/2008 | N. K. | Wells Fargo Bank | xxxxx3475 | Wells Fargo Bank NA | $139,819 |
| 5 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx1 | 11/20/2008 | H. I. | Wells Fargo Bank | xxxxxxxx0561 | Wells Fargo Bank NA | $161,549 |
| 6 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx5 | 11/21/2008 | R. M. | Wells Fargo Bank | xxxxxxxx6255 | Wells Fargo Bank NA | $148,678 |
| 7 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx4 | 1/7/2009 | M. A. | Wells Fargo Bank | xxxxxxxx5884 | Wells Fargo Bank NA | $135,686 |
| 8 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx5 | 2/25/2009 | N. B. | Wells Fargo Bank | xxxxxxxx7455 | Wells Fargo Bank NA | $139,575 |
| 9 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx9 | 3/12/2009 | J. S. | Wells Fargo Bank | xxxxxxxx0204 | Wells Fargo Bank NA | $171,580 |
| 10 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx7 | 6/27/2009 | H. K. | Wells Fargo Bank | xxxxxxxx7095 | Wells Fargo Bank NA | $147,530 |
| 11 | 4983 Town Terrace S., Kissimmee, FL | | 4/28/2008 | S. M. | Wachovia Mortgage | xxxxxxxx6852 | Wells Fargo Bank NA | $179,778 |
| 12 | 8434 Walerga Rd Antelope, CA | xx8 | 9/9/2008 | N. K. | Wells Fargo Bank | xxxxx8897 | Wells Fargo Bank NA | $98,324 |
| 13 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx6 | 11/21/2008 | W. H. | Wells Fargo Bank | xxxxxxxx6528 | Wells Fargo Bank NA | $128,582 |
| 14 | 8434 Walerga Rd Antelope, CA | xxx1 | 1/16/2009 | A. K. | Wells Fargo Bank | xxxxxxxx3829 | Wells Fargo Bank NA | $95,334 |
| | | | | | | | **Subtotal Amount** | **$2,077,564** |
| 1 | 7220 Westpointe Blvd, Orlando, FL | xxx1 | 6/12/2008 | R. H. | First Choice Lending | xxxxxxx6556 | Mortgage America Inc | $201,864 |
| 2 | 7280 Westpointe Blvd, Orlando, FL | xx1 | 6/17/2008 | E. K. | MortgageAmerica Inc | xxxxxxx6693 | Mortgage America Inc | $183,257 |
| | | | | | | | **Subtotal Amount** | **$385,121** |

## Loss Calculation By Victim
## United States of America v. Aref Abaji 8:13-CR-001-AG-1
## United States of America v. Maher Obagi 8:13-CR-001-AG-2
## United States of America v. Ali Khatib 8:12-CR-141-AG

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 2535 Old Kent Circle, Kissimmee, FL | | 2/22/2008 | M. S. | Wells Fargo Bank | xxxxxx9905 | Liberty Savings Bank | $186,920 |
| | | | | | | | **Subtotal Amount** | **$186,920** |
| | | | | | | | | |
| | | | | Fannie Mae | $2,299,610 | | | |
| | | | | Bank of America NA | $408,529 | | | |
| | | | | CitiMortgage Inc | $918,403 | | | |
| | | | | Freddie Mac | $1,136,170 | | | |
| | | | | Ditech/GMAC | $477,034 | | | |
| | | | | Fifth Third Mortgage | $161,482 | | | |
| | | | | HSBC Bank USA NA | $1,244,473 | | | |
| | | | | JPMorgan Chase Bank NA | $502,395 | | | |
| | | | | Guaranty Bank | $249,571 | | | |
| | | | | Wells Fargo Bank NA | $2,077,564 | | | |
| | | | | Mortgage America Inc | $385,121 | | | |
| | | | | Liberty Savings Bank | $186,920 | | | |
| | | | | **Total Victim Loss** | **$10,047,272** | | | |