# EXHIBIT B

## Loss Calculation By Victim
## United States of America v. Jacqueline Burchell 8:13-CR-001-AG-4
## United States of America v. Mohamed Salah 8:13-CR-001-AG-6

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 8434 Walerga Rd Antelope, CA | xx8 | 10/31/2008 | N. K. | Bank of America | xxxxx7460 / xxxxx5524 | Fannie Mae | $103,796 |
| 2 | 8434 Walerga Rd Antelope, CA | xx7 | 1/23/2009 | A. K. | Bank of America | xxxxx9844 / xxxxxx7743 | Fannie Mae | $128,188 |
| 3 | 8434 Walerga Rd Antelope, CA | xx2 | 5/5/2009 | G. A. | Bank of America | xxxxx3377 / xxxxxx3139 | Fannie Mae | $117,345 |
| 4 | 8434 Walerga Rd Antelope, CA | xx3 | 5/13/2009 | S. F. | Bank of America | xxxxx8236 | Fannie Mae | $104,331 |
| 5 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx6 | 7/16/2009 | J. S. | Bank of America | xxxxx4078 / xxxxxx7362 | Fannie Mae | $163,495 |
| 6 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx0 | 4/22/2009 | J. S. | Bank of America | xxxxx1168 / xxxxxx1627 | Fannie Mae | $135,506 |
| 7 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx4 | 1/13/2009 | M. A. | Bank of America | xxxxx4463 / xxxxxx1344 | Fannie Mae | $140,160 |
| 8 | 5855 N Kolb Rd., Tucson, AZ | xxxx4 | 6/11/2009 | R. E. | Bank of America | xxxxx4929 / xxxxxx0598 | Fannie Mae | $67,021 |
| 9 | 5855 N Kolb Rd., Tucson, AZ | xxxW | 6/12/2009 | W. E. | Bank of America | xxxxx3202 | Fannie Mae | $78,338 |
| 10 | 5855 N Kolb Rd., Tucson, AZ | xxx1 | 6/25/2009 | M. E. | Bank of America | xxxxx6351 / xxxxxx2589 | Fannie Mae | $67,803 |
| 11 | 5855 N Kolb Rd., Tucson, AZ | xxx3 | 7/20/2009 | M. H. | Bank of America | xxxxx5033 / xxxxxx8809 | Fannie Mae | $58,859 |
| 12 | 5855 N Kolb Rd., Tucson, AZ | xxx0 | 7/27/2009 | A. E. | Bank of America | xxxxx4158 / xxxxxx1238 | Fannie Mae | $68,832 |
| 13 | 5855 N Kolb Rd., Tucson, AZ | xxx6 | 8/4/2009 | R. E. | Bank of America | xxxxx8042 | Fannie Mae | $71,836 |
| 14 | 5855 N Kolb Rd., Tucson, AZ | xxxx0 | 4/28/2009 | W. A. | HSBC Mortgage | xxx0203 | Fannie Mae | $71,094 |
| 15 | 7280 Westpointe Blvd, Orlando, FL | xx4 | 8/18/2008 | N. A. | Citi Mortgage | xxxxx3663 | Fannie Mae | $234,034 |
| | | | | | | | **Subtotal Amount** | **$1,610,638** |

## Loss Calculation By Victim
## United States of America v. Jacqueline Burchell 8:13-CR-001-AG-4
## United States of America v. Mohamed Salah 8:13-CR-001-AG-6

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 5855 N Kolb Rd., Tucson, AZ | xxx5 | 5/22/2009 | M. C | Bank of America | xxxxx7171 / xxxxxx4755 | Bank of America | $69,631 |
| 2 | 5855 N Kolb Rd., Tucson, AZ | xxx4 | 6/15/2009 | W. E. | Bank of America | xxxxx6737 / xxxxxx5637 | Bank of America | $83,902 |
| 3 | 5855 N Kolb Rd., Tucson, AZ | xxxx2 | 7/7/2009 | F. M. | Bank of America | xxxxx6045 | Bank of America | $67,026 |
| 4 | 5855 N Kolb Rd., Tucson, AZ | xxx5 | 7/27/2009 | H. K. | Bank of America | xxxxx4272 / xxxxxx6600 | Bank of America | $66,466 |
| 5 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx6 | 11/7/2008 | N. A. | Countrywide | xxxxx5134 | Bank of America | $121,504 |
| | | | | | | | Subtotal Amount | $408,529 |
| 1 | 8434 Walerga Rd Antelope, CA | xx8 | 9/12/2008 | M. A. | Greenlight Financial | xxxxxx1454 | CitiMortgage Inc | $103,129 |
| 2 | 7360 Westpointe Blvd, Orlando, FL | xx3 | 7/30/2008 | R. H | CitiMortgage | xxxxx6377 | CitiMortgage Inc | $222,267 |
| 3 | 7270 Westpointe Blvd, Orlando, FL | xx7 | 8/26/2008 | S. K. | Citimortgage | xxxxxx2041 | CitiMortgage Inc | $220,397 |
| 4 | 7300 Westpointe Blvd, Orlando, FL | xx3 | 9/30/2008 | P. P. | Citimortgage | xxxxxx2312 | CitiMortgage Inc | $181,548 |
| | | | | | | | Subtotal Amount | $727,341 |
| 1 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx6 | 12/26/2008 | M. A. | Bank of America | xxxxx9430 | Freddie Mac | $142,162 |
| 2 | 5855 N Kolb Rd., Tucson, AZ | xxxx1 | 7/21/2009 | M. H. | Bank of America | xxxxx1816 | Freddie Mac | $58,318 |
| 3 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx6 | 11/5/2008 | I. O. | Countrywide | xxxxx6882 | Freddie Mac | $106,007 |
| 4 | 5855 N Kolb Rd., Tucson, AZ | xxx2 | 8/13/2009 | Y. L. | Bank of America | xxxxx9824 / xxxxxx3144 | Freddie Mac | $65,311 |
| 5 | 16013 S Desert Foothills PKWY, Phoenix, AZ | xxx5 | 11/3/2008 | N. A. | Wells Fargo Bank | xxxxxxxxx7806 | Freddie Mac | $58,322 |
| | | | | | | | Subtotal Amount | $430,120 |

## Loss Calculation By Victim
## United States of America v. Jacqueline Burchell 8:13-CR-001-AG-4
## United States of America v. Mohamed Salah 8:13-CR-001-AG-6

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 7310 Westpointe Blvd, Orlando, FL | xx1 | 8/8/2008 | S. K. | GMAC dba Ditech | xxxxxxxx9297 | Ditech/GMAC | $240,155 |
| 2 | 8434 Walerga Rd Antelope, CA | xx2 | 8/13/2008 | M. A. | GMAC dba Ditech | xxxxxxxx2901 | Ditech/GMAC | $106,149 |
| 3 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx0 | 12/23/2008 | J. H. | GMAC dba Ditech | xxxxxxxx4182 | Ditech/GMAC | $130,730 |
| | | | | | | | Subtotal Amount | $477,034 |
| | | | | | | | | |
| 1 | 7200 Westpointe Blvd, Orlando, FL | xxx4 | 9/4/2008 | S. A. | Fifth Third Mortgage | xxxxx6191 | Fifth Third Mortgage | $161,482 |
| | | | | | | | Subtotal Amount | $161,482 |
| | | | | | | | | |
| 1 | 8434 Walerga Rd Antelope, CA | xx4 | 9/3/2008 | N. K. | HSBC Mortgage | xxx6169 / xxxxx1699 | HSBC Bank USA NA | $118,675 |
| 2 | 8434 Walerga Rd Antelope, CA | xx2 | 12/15/2008 | E. H. | HSBC Mortgage | xxx5464 | HSBC Bank USA NA | $99,358 |
| 3 | 8434 Walerga Rd Antelope, CA | xxx3 | 3/17/2009 | B. K. | HSBC Mortgage | xxx3981 / xxxxxx6278 | HSBC Bank USA NA | $60,836 |
| 4 | 5855 N Kolb Rd., Tucson, AZ | xxx2 | 4/29/2009 | M. C. | HSBC Mortgage | xxx9474 | HSBC Bank USA NA | $63,829 |
| 5 | 8434 Walerga Rd Antelope, CA | xx1 | 1/30/2009 | A. A. | HSBC Mortgage | xxx0415 | HSBC Bank USA NA | $126,614 |
| 6 | 8434 Walerga Rd Antelope, CA | xx3 | 3/23/2009 | G. A. | HSBC Mortgage | xxx6068 | HSBC Bank USA NA | $118,507 |
| 7 | 8434 Walerga Rd Antelope, CA | xx4 | 3/6/2009 | D. H. | HSBC Mortgage | xxx1292 / xxxxx2920 | HSBC Bank USA NA | $145,121 |
| 8 | 8434 Walerga Rd Antelope, CA | xx6 | 4/22/2009 | F. K. | HSBC Mortgage | xxx5590 | HSBC Bank USA NA | $132,967 |
| 9 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx3 | 1/23/2009 | J. H. | HSBC Mortgage | xxx4842 | HSBC Bank USA NA | $167,730 |
| 10 | 5855 N Kolb Rd., Tucson, AZ | xxx4 | 7/9/2009 | A. W. | HSBC Mortgage | xxx3303 | HSBC Bank USA NA | $60,396 |
| 11 | 5855 N Kolb Rd., Tucson, AZ | xxx3 | 8/3/2009 | M. E. | HSBC Mortgage | xxx4801 | HSBC Bank USA NA | $63,494 |
| 12 | 5855 N Kolb Rd., Tucson, AZ | xxxx4 | 8/6/2009 | R. E. | HSBC Mortgage | xxx4035 | HSBC Bank USA NA | $86,946 |
| | | | | | | | Subtotal Amount | $1,244,473 |

**Loss Calculation By Victim**
**United States of America v. Jacqueline Burchell 8:13-CR-001-AG-4**
**United States of America v. Mohamed Salah 8:13-CR-001-AG-6**

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---|---|---|---|---|---|---|---|
| 1 | 8434 Walerga Rd Antelope, CA | xx4 | 2/10/2009 | A. K. | JPMorgan Chase | xxxxxx7736 | JPMorgan Chase Bank NA | $285,442 |
| 2 | 8434 Walerga Rd Antelope, CA | xx3 | 12/28/2008 | E. H. | JPMorgan Chase | xxxxxx1239 | JPMorgan Chase Bank NA | $118,772 |
| 3 | 8434 Walerga Rd Antelope, CA | xx3 | 4/9/2009 | S. F. | JPMorgan Chase | xxxxxx9017 | JPMorgan Chase Bank NA | $98,181 |
|   |   |   |   |   |   |   | **Subtotal Amount** | **$502,395** |
| 1 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx9 | 5/21/2009 | J. S. | Shelter Mortgage | xxxx3346 | Guaranty Bank | $130,113 |
| 2 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx0 | 6/10/2009 | A. A. | Shelter Mortgage | xxxx6612 | Guaranty Bank | $119,458 |
|   |   |   |   |   |   |   | **Subtotal Amount** | **$249,571** |
| 1 | 8434 Walerga Rd Antelope, CA | xxx1 | 12/23/2008 | E. H. | Wachovia Mortgage | xxxxxx9566 | Wells Fargo Bank NA | $118,954 |
| 2 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx4 | 11/26/2008 | I. O. | Wachovia Mortgage | xxxxxxxx5129 | Wells Fargo Bank NA | $174,572 |
| 3 | 8434 Walerga Rd Antelope, CA | xx1 | 8/29/2008 | N. K. | Wells Fargo Bank | xxxxxx3475 | Wells Fargo Bank NA | $139,819 |
| 4 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx5 | 11/21/2008 | R. M. | Wells Fargo Bank | xxxxxxxx6255 | Wells Fargo Bank NA | $148,678 |
| 5 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx9 | 3/12/2009 | J. S. | Wells Fargo Bank | xxxxxxxx0204 | Wells Fargo Bank NA | $171,580 |
| 6 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx1 | 11/20/2008 | H. I. | Wells Fargo Bank | xxxxxxxx0561 | Wells Fargo Bank NA | $161,549 |
| 7 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx7 | 6/27/2009 | H. K. | Wells Fargo Bank | xxxxxxxx7095 | Wells Fargo Bank NA | $147,530 |
| 8 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx4 | 1/7/2009 | M. A. | Wells Fargo Bank | xxxxxxxx5884 | Wells Fargo Bank NA | $135,686 |
| 9 | 3830 E Lakewood PKWY, Phoenix, AZ 85048 | xxx5 | 2/25/2009 | N. B. | Wells Fargo Bank | xxxxxxxx7455 | Wells Fargo Bank NA | $139,575 |
| 10 | 8434 Walerga Rd Antelope, CA | xx8 | 9/9/2008 | N. K. | Wells Fargo Bank | xxxxxx8897 | Wells Fargo Bank NA | $98,324 |
| 11 | 8434 Walerga Rd Antelope, CA | xxx1 | 1/16/2009 | A. K. | Wells Fargo Bank | xxxxxxxx3829 | Wells Fargo Bank NA | $95,334 |
| 12 | 16013 S Desert Foothills PKWY, Phoenix AZ 85048 | xxx6 | 11/21/2008 | W. H. | Wells Fargo Bank | xxxxxxxx6528 | Wells Fargo Bank NA | $128,582 |
|   |   |   |   |   |   |   | **Subtotal Amount** | **$1,660,183** |

## Loss Calculation By Victim
## United States of America v. Jacqueline Burchell 8:13-CR-001-AG-4
## United States of America v. Mohamed Salah 8:13-CR-001-AG-6

| # | Address | Unit # | Approx. Settlement Date | Buyer / Borrower | Lender | Loan # | Victim Institution | Loss Amount provided by third party |
|---|---------|--------|-------------------------|------------------|--------|--------|--------------------|-------------------------------------|
|   |         |        |                         |                  | Fannie Mae | $1,610,638 |  |  |
|   |         |        |                         |                  | Bank of America NA | $408,529 |  |  |
|   |         |        |                         |                  | CitiMortgage Inc | $727,341 |  |  |
|   |         |        |                         |                  | Freddie Mac | $430,120 |  |  |
|   |         |        |                         |                  | Ditech/GMAC | $477,034 |  |  |
|   |         |        |                         |                  | Fifth Third Mortgage | $161,482 |  |  |
|   |         |        |                         |                  | HSBC Bank USA NA | $1,244,473 |  |  |
|   |         |        |                         |                  | JPMorgan Chase Bank NA | $502,395 |  |  |
|   |         |        |                         |                  | Guaranty Bank | $249,571 |  |  |
|   |         |        |                         |                  | Wells Fargo Bank NA | $1,660,183 |  |  |
|   |         |        | **Total Victim Loss**   |                  | **$7,471,766** |  |  |  |