```
STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
ADAM P. SCHLEIFER (Cal. Bar No. 313818)
Assistant United States Attorneys
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephones: (213) 894-5423, 4849
     Facsimile: (213) 894-6269
     E-mails:  kerry.l.quinn@usdoj.gov; adam.schleifer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>           v.<br><br>MAHER OBAGI,<br><br>           Defendant. | No. CR 13-001(c)-DOC-2<br><br>STIPULATION REGARDING REQUEST FOR (1) VACATUR AND WITHDRAWAL OF ORDER OF DISMISSAL (Dkt. No. 872) AND (2) DISMISSAL PURSUANT TO FED. R. CRIM. P. 48(a) |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Kerry L. Quinn and Adam P. Schleifer, and defendant MAHER OBAGI, by and through his counsel of record, Craig Wilke, hereby stipulate as follows.

1. Trial upon the Second Superseding Indictment in this case (Dkt. No. 763) commenced on August 22, 2022. (See, e.g., Dkt. No. 852.)

2. The Court declared a mistrial as to defendant Obagi on August 24, 2022. (E.g., Dkt. No. 858.)

3. Defendant Obagi moved to dismiss the indictment, the First Superseding Indictment, and the Second Superseding Indictment by Motion of August 25, 2022, which motion the government opposed. (Dkt. Nos. 860, 865.)

4. The Court held argument on defendant Obagi's motion on August 26, 2022 (Dkt. No. 879) and, in Minutes of August 29, 2022, granted defendant Obagi's motion, dismissed the Second Superseding Indictment, and issued certain findings and conclusions. (Dkt. No. 872.)

5. Although defendant Obagi agrees with the findings and conclusions set forth in the Court's Minutes and Order of Dismissal, the government disputes those findings and conclusions and believes the Court's Order of Dismissal constituted an abuse of discretion.

6. To further the interests of justice and conserve judicial resources, however, the parties nevertheless agree and stipulate to the proposed Order accompanying this filing, which would:

    a. Dismiss with prejudice all remaining charges as against defendant Obagi pursuant to Rule 48(a) of the Rules of Federal Criminal Procedure; and

    b. Vacate and withdraw the Court's Minutes, Order, findings, and conclusions of August 29, 2022 (Dkt. No. 872).

|  |  |  |
|---|---|---|
| 1 | Dated: September 13, 2022 | Respectfully submitted, |
| 2 |  | STEPHANIE S. CHRISTENSEN |
| 3 |  | Acting United States Attorney |
| 4 |  | SCOTT M. GARRINGER |
|   |  | Assistant United States Attorney |
| 5 |  | Chief, Criminal Division/National Security Division |
| 6 |  | *APS* |
|   |  | ADAM P. SCHLEIFER |
| 7 |  | KERRY L. QUINN |
|   |  | Assistant United States Attorneys |
| 8 |  |  |
| 9 |  | Attorneys for Plaintiff |
|   |  | UNITED STATES OF AMERICA |
| 10 |  |  |
| 11 |  |  |
| 12 | Dated: September 13, 2022 | /s/ *by email authorization* |
| 13 |  | CRAIG WILKE |
|   |  | Attorney for Defendant |
|   |  | MAHER OBAGI |

3