STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
ADAM P. SCHLEIFER (Cal. Bar No. 313818)
Assistant United States Attorneys
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephones:(213) 894-5423, 4849
    Facsimile: (213) 894-6269
E-mails:  kerry.l.quinn@usdoj.gov; adam.schleifer@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-001(c)-DOC-2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER VACATING AND WITHDRAWING PRIOR ORDER OF DISMISSAL (Dkt. No. 872) AND DISMISSING INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |
| v. | |
| MAHER OBAGI, | |
| Defendant. | |

    Upon agreement and stipulation of the parties; in furtherance of the interests of justice and the conservation of judicial resources; and upon the application of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court hereby ORDERS as follows:

    1.   The Order, findings, and conclusions set forth in the Court's Minutes of August 29, 2022 (Dkt. No. 872) are hereby vacated and withdrawn.

    2.   All charges against defendant Maher Obagi, including those contained in the Second Superseding Indictment and in all prior

indictments filed in this case, are dismissed with prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

_____       _____
DATE                                  HONORABLE DAVID O. CARTER
                                      UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *APS*
_____
ADAM P. SCHLEIFER
Assistant United States Attorney